936

*Assistant Attorney General Doub* and *Samuel D. Slade* for the United States. 

No. 224, Misc. WAGNER *v.* HIGLEY, ADMINISTRATOR OF VETERANS AFFAIRS, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Murray A. Gordon* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter* and *Lester S. Jayson* for respondents. 

No. 229, Misc. HALL *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States. 

No. 259, Misc. IN RE LEMPIA. C. A. 9th Cir. Certiorari denied.

No. 266, Misc. BELINA *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. 

No. 292, Misc. LANG *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *William W. Pierce* for petitioner. 

No. 293, Misc. LASTER *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. *Lester G. Seacat* for petitioner.